

FILED
U S DISTRICT COURT
EASTERN DISTRICT ARKANSAS

DEC 1 8 2017

JAMES W. McCORMACK, CLERK
By: ABu
                    DEP CLERK

**FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
_____ DIVISION**

CASE NO. 4:17-CV-844-SWW

Jury Trial: ☐ Yes ☐ No
(Check One)

I.   Parties

In item A below, place your <u>full</u> name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.

   A.   Name of plaintiff: _____
        ADC # _____

        Address: _____

        Name of plaintiff: _____
        ADC # _____

        Address: _____

        Name of plaintiff: _____
        ADC # _____

   This case assigned to District Judge Wright
   and to Magistrate Judge Deere

        Address: _____

In item B below, place the <u>full</u> name of the defendant in the first blank, his official position in the second blank, his place of employment in the third blank, and his address in the fourth blank.

   B.   Name of defendant: Leslie Borgognoni
        Position: Attorney of Law
        Place of employment: Public Defender Office
        Address: 201 S. Broadway Suite 210 LR, AR 72201
        Name of defendant: Andrew Thornton
        Position: Attorney of Law

-4-

Place of employment: Public Defender Office

Address: 201 S. Broadway Suite 210 LR AR 72201

Name of defendant: Harrison Tome

Position: Attorney of Law

Place of employment: Public Defender Office

Address: 201 S. Broadway LR AR 72201

Name of defendant: _____

Position: _____

Place of employment: _____

Address: _____

II. Are you suing the defendants in:

☑ official capacity only
☐ personal capacity only
☐ both official and personal capacity

III. Previous lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ___  No ✓

B. If your answer to A is yes, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

☐ Parties to the previous lawsuit:

Plaintiffs: _____

_____

Defendants: _____

_____

☐       Court (if federal court, name the district; if state court, name the county):

_____

☐       Docket Number: _____

☐       Name of judge to whom case was assigned: _____

☐       Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

☐       Approximate date of filing lawsuit: _____

☐       Approximate date of disposition: _____

IV.   Place of present confinement: Pulaski County Jail
3201 W. Rosevelt Rd LR AR 72204

V.    At the time of the alleged incident(s), were you:
(check appropriate blank)

✓   in jail and still awaiting trial on pending criminal charges

____ serving a sentence as a result of a judgment of conviction

____ in jail for other reasons (e.g., alleged probation violation, etc.)
explain: _____

_____

VI.   The Prison Litigation Reform Act (PLRA), 42 U.S.C. § 1997e, requires complete exhaustion of administrative remedies of all claims asserted, prior to the filing of a lawsuit. There is a prisoner grievance procedure in the Arkansas Department of Correction, and in several county jails. Failure to complete the exhaustion process provided as to each of the claims asserted in this complaint may result in the dismissal without prejudice of all the claims raised in this complaint.

A.    Did you file a grievance or grievances presenting the facts set forth in this complaint?

Yes ____   No ✓

B.    Did you completely exhaust the grievance(s) by appealing to all levels within the grievance procedure?

Yes ____   No ✓

If not, why? Not a grievable issue _____

_____

VII.   Statement of claim

State here (as briefly as possible) the <u>facts</u> of your case.  Describe how each defendant is involved.  Include also the names of other persons involved, dates, and places.  Do not give any legal arguments or cite any cases or statutes.  If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph.  (Use as much space as you need.  Attach extra sheets if necessary.)

The Defendants Leslie Borgognoni Arkansas Bar No. 85013, Harrison Tome, and Andrew Thornton are currently denying the Plaintiff of his 5th 6th and 14th Constitutional Amendment Rights by denying him a copy of his Motion of Discovery in a criminal case. On several occassions between January to December of 2017 I've asked these Defendants for my personal copy of my Motion of Discovery so I can visually study the evidence being used against me. Due to me being a layman to law I need alot of time to understand my case. The Defendants are stating they have a policy not to allow Defendants facing trial to receive their Motion of Discovery.
   These Defendants are denying me my 5th 6th and 14th Amendments due to their actions at the Public Defender's office — due to a policy and procedure.

VIII.  Relief

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1. I want to receive my motion of discovery before I go to trial.
2. Have the policy removed from the Public Defenders policy rulebook.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

Executed on this _____ day of _____, 20_____.

_____

Signature(s) of plaintiff(s)

-8-

Emanuel Traylor
3201 W. Roosevelt Rd.
LR, AR. 72204



Unite State District Court
Clerk Office
Richard Sheppard Arnold Unite state courthouse
600W. Capitol Ave. Suite A-149
LR, AR 72201-3325

PULASKI COUNTY
REGIONAL DETENTION
FACILITY