IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EMANUEL TRAYLOR**                                                             **PLAINTIFF**

V.                 **CASE NO. 4:17-cv-00844 SWW-BD**

**LESLIE BORGOGNONI, Public
Defender**, *et al*.                                                      **DEFENDANTS**

## **ORDER**

The Court has received and reviewed the Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. Mr. Traylor has not filed objections. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Traylor's claims are DISMISSED without prejudice.

IT IS SO ORDERED this 30th day of January, 2018.

                                                  /s/ Susan Webber Wright
                                                UNITED STATES DISTRICT JUDGE