IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EMANUEL TRAYLOR**                                                                      **PLAINTIFF**

**V.**            **CASE NO. 4:17-cv-00844 SWW-BD**

**LESLIE BORGOGNONI, Public
Defender,** *et al***.**                                                                  **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 30th day of January, 2018.

/s/ Susan Webber Wright
UNITED STATES DISTRICT JUDGE