IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**EMANUEL TRAYLOR**                                                                               **PLAINTIFF**

V.                  **CASE NO. 4:17-cv-00844 SWW-BD**

**LESLIE BORGOGNONI, Public
Defender**, *et al*.                                                   **DEFENDANTS**

## AMENDMENT TO JUDGMENT

The judgment entered in this case on this day is hereby amended to state that the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from the order and judgment dismissing this action would be frivolous and not taken in good faith.

IT IS SO ORDERED, this 30th day of January, 2018.

                                                  /s/ Susan Webber Wright
                                                  UNITED STATES DISTRICT JUDGE